**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1801**

_____

KINGSLEY AZUBUIKE ONONUJU,

Plaintiff - Appellant,

v.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY; TODD OLIFF,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Roderick Charles Young, District Judge.  (2:20-cv-00205-RCY-RJK)

_____

Submitted:  June 25, 2024                    Decided:  June 27, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kingsley Azubuike Ononuju, Appellant Pro Se.  Edwin Ford Stephens, CHRISTIAN & BARTON, LLP, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingsley Azubuike Ononuju appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion.  We have reviewed the record and conclude that the district court did not abuse its discretion in denying relief.  *See Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc) (stating standard of review).  Accordingly, we affirm the district court's order.  *Ononuju v. Va. Hous. Dev. Auth.,* No. 2:20-cv-00205-RCY-RJK (E.D. Va. July 19, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*